The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                              Plaintiff,<br><br>       v.<br><br>EVERI HOLDINGS INC. dba CENTRAL CREDIT,<br><br>                              Defendant. | NO. 2:23-cv-01817-RAJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: March 4, 2024** |

## STIPULATION

The parties in the above-captioned case hereby stipulate and request the Court enter the following order to extend the time within which any Defendant may respond to Plaintiff's Complaint to Wednesday, April 10, 2024.

STIPULATED TO this 4th day of March, 2024.

GORDON REES SCULLY
MANSUKHANI, LLP

By: *s/Shannon L. Wodnik*
    Shannon L. Wodnik, WSBA #44998
*Attorneys for Defendant Central Credit, LLC*
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: swodnik@grsm.com

DIGITAL JUSTICE FOUNDATION

By: *s/Andrew Grimm*
    Andrew Grimm, WSBA #51486
*Attorneys for Plaintiff Abraham Leavitt*
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, NB 68154
Phone: (531) 210-2381
Email: Andrew@DigitalJusticeFoundation.org

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of the Parties' Stipulation and [Proposed] Order to Extend Time to Respond to Complaint, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for any Defendant to respond to the Complaint is extended to April 10, 2024.

DATED this _____ day of _____, 2024.

_____
Honorable Richard A. Jones
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 2
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822