The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                Plaintiff,<br><br>  v.<br><br>EVERI HOLDINGS INC. dba CENTRAL CREDIT,<br><br>                Defendant. | NO. 2:23-cv-01817-RAJ<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT EVERI HOLDINGS, INC. |

**STIPULATION**

The parties in the above-captioned case hereby stipulate and request the Court enter the following order, pursuant to FRCP 41(a)(2), to dismiss Defendant Everi Holdings Inc. The parties further stipulate that Central Credit LLC be named as a defendant in this action, such that all references to "Defendant Everi Holdings Inc.," "Everi," or "defendant" in the initial complaint shall be deemed references to Central Credit LLC.  Central Credit LLC does not waive any defenses to this action by entering into this stipulation.

The parties stipulate that Everi Holdings, Inc. should be dismissed without prejudice and without costs to any party.

STIPULATION AND ORDER TO DISMISS DEFENDANT
EVERI HOLDINGS, INC. - 1
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

STIPULATED TO this 6th day of March, 2024.

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | DIGITAL JUSTICE FOUNDATION |
| By: *s/Shannon L. Wodnik*<br>　　Shannon L. Wodnik, WSBA #44998<br>*Attorneys for Defendant Central Credit, LLC*<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>Email: swodnik@grsm.com | By: *s/Andrew Grimm*<br>　　Andrew Grimm, WSBA #51486<br>*Attorneys for Plaintiff Abraham Leavitt*<br>DIGITAL JUSTICE FOUNDATION<br>15287 Pepperwood Drive<br>Omaha, NB 68154<br>Phone: (531) 210-2381<br>Email: Andrew@DigitalJusticeFoundation.org |

STIPULATION AND ORDER TO DISMISS DEFENDANT
EVERI HOLDINGS, INC. - 2
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of the Parties' Stipulation and Order to Dismiss Defendant Everi Holdings, Inc., and the Court being fully advised,

NOW THEREFORE, it is ORDERED that, Everi Holdings, LLC is dismissed without prejudice and without costs to any party and Central Credit LLC be added as the named Defendant, such that all references to "Defendant Everi Holdings Inc.," "Everi," or "defendant" in the initial complaint shall be deemed references to Central Credit LLC.

DATED this 7th day of March, 2024.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER TO DISMISS DEFENDANT
EVERI HOLDINGS, INC. - 3
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822