The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM LEAVITT,

                Plaintiff,

   v.

CENTRAL CREDIT LLC

                Defendant.

NO. 2:23-cv-01817-RAJ

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

## STIPULATION

The Parties in the above-captioned case hereby stipulate and request that the Court enter the following order to extend the time within which Defendant may respond to Plaintiff's Complaint to Monday, May 27, 2024. The Parties have been conferring through counsel regarding this matter and need additional time to complete further conferral, investigation, and research. The substantial extension time is intended to allow the Parties to continue conferring with the possibility of narrowing or eliminating their scope of dispute and to permit Defendant ample time to respond to the complaint thereafter.

STIPULATED TO this 4th day of April, 2024.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 1
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

2383278.1

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br><br>By: *s/Shannon L. Wodnik*<br>    Shannon L. Wodnik, WSBA #44998<br>*Attorneys for Defendant Central Credit, LLC*<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>Email: swodnik@grsm.com | DIGITAL JUSTICE FOUNDATION<br><br>By: *s/Andrew Grimm*<br>    Andrew Grimm, WSBA #51486<br>    *Attorneys for Plaintiff Abraham Leavitt*<br>DIGITAL JUSTICE FOUNDATION<br>15287 Pepperwood Drive<br>Omaha, NB 68154<br>Phone: (531) 210-2381<br>Email: Andrew@DigitalJusticeFoundation.org |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 2
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

2383278.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER OF EXTENSION**

THIS MATTER having come before the Court by way of the Parties' Stipulation and [Proposed] Order to Extend Time to Respond to Complaint, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for any Defendant to respond to the Complaint is extended to May 27, 2024.

DATED this _____ day of _____, 2024.

HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT - 3
Case No. 2:23-cv-01817-RAJ

2383278.1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822