The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EVERI HOLDINGS INC. dba CENTRAL CREDIT,<br><br>　　　　　　　Defendant. | NO. 2:23-cv-01817-RAJ<br><br>DECLARATION OF ALEXANDER R. MILLER IN SUPPORT OF DEFENDANT CENTRAL CREDIT, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: JUNE 25, 2024 |

I, Alexander R. Miller, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am an associate of Glaser Weil Fink Howard Jordan & Shapiro LLP, and admitted *pro hac vice* as counsel of record for Defendant Central Credit LLC ("Central Credit") in this matter. This declaration is submitted in support of Central Credit's Motion to Dismiss First Amended Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

DECLARATION OF ALEXANDER R. MILLER IN SUPPORT OF DEFENDANT CENTRAL CREDIT, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - 1
Case No. 2:23-cv-01817-RAJ
2408888.4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

2. Prior to the filing of Credit Central's Motion to Dismiss First Amended Complaint I met and conferred extensively with Plaintiff's counsel Andrew B. Grimm of the Digital Justice Foundation regarding Plaintiff's First Amended Complaint (ECF 1, "FAC").

3. Our initial meet and confer took place telephonically on March 8, 2024. During that call Mr. Grimm and I discussed the FAC and Central Credit's contention that the FAC fails to allege sufficient facts to state a claim and is otherwise deficient, among other things. A true and correct copy of our email correspondence confirming our discussion is attached as Exhibit A.

4. Following our initial meet and confer call on March 8, 2024, the parties continued to meet and confer further both by email and telephonically. On March 18, 2024, I sent a follow up email to Mr. Grimm reiterating our position that Central Credit had very strong grounds to move to dismiss. In response to Mr. Grimm's request that I provide legal authorities in support of Central Credit's position, I provided him with case law that addressed issues we discussed on our previous call relating to purported new allegations by Plaintiff that are not raised in the FAC. A true and correct copy of that email correspondence is attached as Exhibit B. I did not receive a substantive response to this email.

5. On March 25, 2024, I telephonically met and conferred with Mr. Grimm again. During that call, Mr. Grimm advised that he agreed that the FAC did not state an actionable claim against Central Credit as currently pleaded, but that Plaintiff anticipated amending his FAC to instead raise three new claims not identified in the FAC, namely that: (1) Central Credit allegedly did not provide Plaintiff with a statutorily required notice that he could include a statement in his file disputing the accuracy of Central Credit's report; (2) Central Credit did not notify the furnisher of the credit information about Plaintiff within 5 days of Plaintiff's dispute letter to Central Credit and did not provide all relevant information regarding the dispute to the furnisher; and (3) one of Central Credit's service representatives "blocked" Plaintiff from

DECLARATION OF ALEXANDER R. MILLER IN SUPPORT OF DEFENDANT CENTRAL CREDIT, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - 2
Case No. 2:23-cv-01817-RAJ
2408888.4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

sending the representative information regarding the dispute—even though Plaintiff was able to correspond with another representative instead. On March 28, 2024, I sent an email memorializing our March 25, 2024, call and rebutted each of Mr. Grimm's points regarding the threatened new claims. A true and correct copy of that email correspondence is attached as Exhibit C. To be clear, none of these arguments has any basis and I explained that to Mr. Grimm. He did not respond to my email.

6. Again receiving no response to my March 28, 2024 email, I followed up with Mr. Grimm on April 3, 15, and 18, 2024, each time requesting that he please respond to the points raised in my email and confirm that Plaintiff would dismiss the FAC so that Central Credit would not unnecessarily incur costs in being forced to move to dismiss instead. After these outreaches, on April 18, 2024, Mr. Grimm finally responded that he believed "[t]here is a lot in your March 28 email that is plainly incorrect," and claimed that he would respond further. True and correct copies of this email correspondence are attached as Exhibit D.

7. Mr. Grimm never responded further to my requests for a response, other than to forward an email apparently in support of one of Plaintiff's anticipated amended claims on April 29, 2024. I promptly responded to Mr. Grimm's email that day and again asked him to confirm that Plaintiff would either dismiss the FAC or file an amended complaint. Mr. Grimm never responded. I sent a final email on May 8, 2024, confirming that Central Credit would begin work on its motion to dismiss as Mr. Grimm refused to provide any further substantive response to our meet and confer efforts. True and correct copies of this email correspondence are attached as Exhibit E. As of the time of filing this motion, I still have not heard back from Mr. Grimm

DECLARATION OF ALEXANDER R. MILLER IN SUPPORT OF DEFENDANT CENTRAL CREDIT, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - 3
Case No. 2:23-cv-01817-RAJ
2408888.4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on May 27, 2024, in San Diego, California.

                                                  /s/ *Alexander R. Miller*
                                                  Alexander R. Miller

DECLARATION OF ALEXANDER R. MILLER IN SUPPORT OF DEFENDANT CENTRAL CREDIT, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - 4
Case No. 2:23-cv-01817-RAJ
2408888.4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822