# Exhibit E

| | |
|---|---|
| **From:** | Alexander Miller |
| **To:** | Andrew Grimm |
| **Cc:** | Andrew Grimm; Elizabeth Sperling; Shannon Wodnik; Gregory Keenan |
| **Subject:** | RE: Blocked Email - Leavitt v. Central Credit |
| **Date:** | Wednesday, May 8, 2024 4:30:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Andrew,

You have not provided any substantive response to the meet and confer email I sent on March 28, or to any of my subsequent attempts to meet and confer to ascertain whether Plaintiff will be dismissing the operative complaint for the reasons we have discussed or if Plaintiff will be proceeding with an amended complaint. Accordingly, we will begin work on our motion to dismiss the operative complaint and seek our attorneys' fees and costs incurred in doing so under 15 U.S.C. § 1681n and/or 15 U.S.C. § 1681o.

Best,
Alex



### Alexander Miller
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP         amiller@glaserweil.com
600 West Broadway, Suite 1080                        T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio

**To send files securely, please click here**

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Monday, April 29, 2024 9:48 AM
**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** Andrew Grimm <andrew@digitaljusticefoundation.org>; Elizabeth Sperling <esperling@glaserweil.com>; Shannon Wodnik <swodnik@grsm.com>; Gregory Keenan <gregory@digitaljusticefoundation.org>
**Subject:** RE: Blocked Email - Leavitt v. Central Credit

Andrew,

Again, even if the image capture you sent showed that Mr. Leavitt had somehow been blocked from sending an email to Ms. Czarnecki in one instance, it would not support any claim against Central Credit for the reasons set forth in my March 28 email. This includes because Mr. Leavitt received a November 2, 2023, email acknowledgment of his dispute from Stephanie Contreras, Manager of Customer Care and your client responded to Ms. Contreras that same day copying Ms. Czarnecki.

This latter email appears to be the subject of the screenshot you sent.  So even if that email were not received by Ms. Czarnecki for some reason, Ms. Contreras still received the communication.  Mr. Leavitt was in no way prevented from communicating with Central Credit as necessary.

It has now been more than a month since my email on March 28 recapping our meet and confer efforts and laying out Central Credit's responses to Plaintiff's positions. You have not provided a substantive response to that email, despite multiple requests.  Please confirm Mr. Leavitt's agreement to dismiss the operative complaint in its entirety with prejudice as to Central Credit or confirm when we can expect the amended complaint.

Best,
Alex



### Alexander Miller
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP   amiller@glaserweil.com
600 West Broadway, Suite 1080                  T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio

**To send files securely, please click here**

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Sent:** Monday, April 29, 2024 9:07 AM
**To:** Alexander Miller <amiller@glaserweil.com>
**Cc:** Andrew Grimm <andrew@digitaljusticefoundation.org>; Elizabeth Sperling <esperling@glaserweil.com>; Shannon Wodnik <swodnik@grsm.com>; Gregory Keenan <gregory@digitaljusticefoundation.org>
**Subject:** Blocked Email - Leavitt v. Central Credit

Alex,

During one of our calls, I had mentioned to to you how Everi had blocked my client's email communications.  Please see the attached.

Best regards,

Andrew Grimm
Attorney
Digital Justice Foundation
(531) 210-2381

digitaljusticefoundation.org
Email: andrew@digitaljusticefoundation.org