THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>*Plaintiff*,<br><br>vs.<br><br>CENTRAL CREDIT LLC,<br><br>*Defendant*. | Case No. 2:23-cv-01817-RAJ<br><br>**Unopposed** Motion One-Week Extension of Time to Respond to the Motion to Dismiss and to File First-Amended Complaint; Re-Noting Motion<br><br>NOTING DATE: June 17, 2024 (same day) |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and pursuant to Civil Local Rule 7(j), Plaintiff Abraham Leavitt ("Plaintiff") hereby moves, unopposed, for a one-week extension of time and relief from the deadline to respond to the motion to dismiss and to file a first-amended complaint, permitting Plaintiff up to and including **Monday, June 24, 2024**, to file a response to the motion to dismiss and to file a first-amended. Good cause shown is that Plaintiff's lead trial counsel has been sick and another of Plaintiff's counsel has been dealing with a personal matter.

The motion to dismiss should be re-noted to **Monday, July 8, 2024**, to permit Defendant's counsel ample time to reply. Plaintiff's counsel has conferred with opposing counsel and understands that this Motion is **unopposed**.[1] Plaintiff's counsel appreciates the professional courtesy and is happy to reciprocate should opposing counsel need more time on future filings.

---

[1] Please see true and correct copies of attached email correspondence.

1

Date: June 18, 2024                              Respectfully submitted,

                                        **DIGITAL JUSTICE FOUNDATION**
                                        A NONPROFIT, PUBLIC-INTEREST LAW FIRM

                                      By */s/ Andrew Grimm*
                                            Andrew Grimm (WSBA No. 51486)
                                            DIGITAL JUSTICE FOUNDATION
                                            15287 Pepperwood Drive
                                            Omaha, Nebraska 68154
                                            (531) 210-2381
                                            Andrew@DigitalJusticeFoundation.org

                                            *Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing contains **290** words.

Dated: June 18, 2024                              Respectfully submitted,

                                            */s/ Andrew Grimm*
                                            Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing via CM/ECF.

Dated: June 18, 2024                              Respectfully submitted,

                                            */s/ Andrew Grimm*
                                            Andrew Grimm