Gmail  Gregory Keenan <gwkeenan24@gmail.com>

## Leavitt v. Central Credit--One Week Extension request
6 messages

**Greg Keenan** <gwkeenan24@gmail.com>  Mon, Jun 17, 2024 at 4:48 PM
To: esperling@glaserweil.com, amiller@glaserweil.com, Andrew Grimm <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>, Gregory Keenan <gregory@digitaljusticefoundation.org>, swoodnik@grsm.com

Counsel:

Plaintiff intends to seek a one week extension of time to respond to the motion to dismiss and to file an amended complaint. The basis for the extension is that one of our attorneys has been feeling under the weather and the other has been dealing with a personal matter. Could you please provide your position regarding this extension request?

Thank you,
Greg

Gregory Keenan
Attorney
Digital Justice Foundation
516.633.2633

---

**postmaster@grsm.com** <postmaster@grsm.com>  Mon, Jun 17, 2024 at 4:48 PM
To: gwkeenan24@gmail.com

### Delivery has failed to these recipients or groups:

swoodnik@grsm.com

The email address you entered couldn't be found. Please check the recipient's email address and try to resend the message. If the problem continues, please contact your email admin.

**Diagnostic information for administrators:**

Generating server: DREXCH07.gordonrees.com

swoodnik@grsm.com
Remote Server returned '550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup'

Original message headers:

Received: from DREXCH03.gordonrees.com (10.80.100.123) by

```
        DREXCH07.gordonrees.com (10.80.100.127) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.1.2507.39; Mon, 17 Jun 2024 18:48:35 -0500
Received: from fwppagent01.gordonrees.com (10.85.102.112) by
 DREXCH03.gordonrees.com (10.80.100.123) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.1.2507.39 via Frontend Transport; Mon, 17 Jun 2024 18:48:34 -0500
Received: from pps.filterd (FWPPAGENT01.GORDONREES.COM [127.0.0.1])
        by FWPPAGENT01.GORDONREES.COM (8.17.1.19/8.17.1.19) with ESMTP id 45HJaJJK025858
        for <swoodnik@grsm.com>; Mon, 17 Jun 2024 16:48:34 -0700
Authentication-Results: GORDONREES.COM;
        spf=pass smtp.mailfrom=gwkeenan24@gmail.com;
        dkim=pass header.s=20230601 header.d=gmail.com;
        dmarc=pass header.from=gmail.com
Received: from fwironport01.gordonrees.com (FWIRONPORT01.gordonrees.com [10.85.102.183])
        by FWPPAGENT01.GORDONREES.COM (PPS) with ESMTPS id 3ys8xd3seb-2
        (version=TLSv1.2 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=NOT)
        for <swoodnik@grsm.com>; Mon, 17 Jun 2024 16:48:34 -0700
X-CSE-ConnectionGUID: UWLqfPdrSMKfp5zDhZfqHA==
X-CSE-MsgGUID: O7O3D5ClRXOBM0IdopE4Qg==
Authentication-Results: fwironport01.gordonrees.com; dkim=pass (signature verified)
header.i=@gmail.com
IronPort-SDR: 6670cb50_u6cULIOZgcwgj/NRPGlPZnDKLhJObMjrw31rCOCSkL9pcHQ
 OmI830jdl3qya8sOXzf0siWks07OQjwgByC4YNw==
X-ThreatScanner-Verdict: Negative
X-IPAS-Result: =?us-ascii?q?A0DJBQAWynBmf7SAVdFXAx4BPAwCCzqDboFVQ0iEVYEjj?=
 =?us-ascii?q?iWCIotHMAKHT4N1hHyBV4F9DwEBAQEBAQlEBAEBPgEPhDiIdwImSwECA?=
 =?us-ascii?q?QECAQEBAQMCAwEBAQEBAQEBBgEBAQQBAQECAQEGBAEBEwEBIhkHDg4phXQNg?=
 =?us-ascii?q?mcBg2giER0BGx4DEggBBzcCIwERAQUBIgE0gl6CMAEDMQMFoXqBBUKLO4EVB?=
 =?us-ascii?q?QIWgQGCDQbaWgoZKA1sA4FgAgcUhholW4JLAYFVAgKEI4NGgsGCKIFKgkSBW?=
 =?us-ascii?q?hoBg14mgxSCaQSZPRuCFYl9JguMXyYBBwcXAwcHBwQFBwGBQMCAkIJBwEPE?=
 =?us-ascii?q?gMEAwQEAQILCQoJAwMCDgIIAwIIBg4TAT8SBBMCCAkECwMEAgUKAwgCAgcCD?=
 =?us-ascii?q?gEFAgEBAgICAwYCEgCCQ8FAgIDAgMBAQECCgMJAQUCAgEBAcBBgMFAwMEBAMCA?=
 =?us-ascii?q?wMCDAEFAQUBBAIGARGARMCCwcCAgsFBgMGDgMLBAQBAgIHBgwJBAICAgYBA?=
 =?us-ascii?q?hEDAQIBBwEDAwIKAQQBCwgBBQgIAQQQCAwYQAggFBgUCBAEBAgICCAYPAwYHA?=
 =?us-ascii?q?gMCBgMFBQwEEwICAwMGBGBWGBAUEAgMCBBEHwMCAwQCAgEKAgQDEQIDBAEMB?=
 =?us-ascii?q?QwBAgYCBAIEBwMGBAUEAgMCBGQEIDAgkCAgIBCQEBAQISAgMOA?=
 =?us-ascii?q?gQECgILAwUBAQIFAwMJBwYCAwYLAQIRAgICBQMEAgIUAwcEAgQFA?=
 =?us-ascii?q?gQBBBgMDAgQGBQgEAgIFAgEBAggCAQ8KBAIIBBAMFAwcJAgUFAwYDAwwIGA?=
 =?us-ascii?q?gICAwMDAwMCAgcDAwMHAwMHAwMCAhQBAIDBgUHAwUDAwQEAQoIGgICAgDAwoEA?=
 =?us-ascii?q?gIEAQQCBAIEAgYDBAICAQcCAwMCCAgCAgMBAcCAwMHAwMHAwMGQECBAIEAgJA?=
 =?us-ascii?q?gUBAQYCAwMUDCQMEBQIDCAEBAgIHBwMDBAMBAgCBgUCAwICBAIEB?=
 =?us-ascii?q?gQMCAwIGBgIBAwIKBgMFBQwECAYECAgEAgECAgMDMCAwECAgDAwEKA?=
 =?us-ascii?q?gYDAgIFAQECBwICCBgwIDCCMBAQMBAQYGDCACAgMEDwMJAwYLA?=
 =?us-ascii?q?QUFAQMCAgIOAwDAgMGBgEJBAEFBAkCBQcGBQIBFBYHBgIKAgcCAgIDAQIIC?=
 =?us-ascii?q?wgCAwIKBAEOBBkCAgIBAQICAwMHAgMCEwMDQQGAwICAgIDAgUCAwYEA?=
 =?us-ascii?q?wMFBQMDAhkDAwIBCgUCDAUEAwQCAgECHQMBBIDCgEFCQMGAgIDAgUCAwYEA?=
 =?us-ascii?q?gQBDgEBAQMGCwkUAgICCQgDCAMFAgECCgQEAwEBAwGEXLQIEA?=
 =?us-ascii?q?gYMAQEBAgMDBgICAhUFwMFAwgECFAgAgEDCgoAgQCBgIEAwIKAwEIA?=
 =?us-ascii?q?gICDwMJAgcCDgICAwMMMDwQDwMDCQICAhEJCgICAgwICgIJAgIDAwYBAgMDB?=

https://mail.google.com/mail/u/0/?ik=906f3e0d14&view=pt&search=…pl=msg-a:r6961499170725226932&simpl=msg-a:s:1952139986300535433   Page 2 of 8
```

=?us-ascii?q?QMCAQEBBC8CBAcBAwYKAwICAgkICgkDAwUDCgIBBgYBAgMOAQECEwQJAwIBA?=
=?us-ascii?q?gEBBggBAQIEAQQCCAYCAgICCgMFAwIDBRUFBAICGQMCBAUDBQMDBAcBAgYED?=
=?us-ascii?q?QkDBQMCBAMDAgQEAgkFCQQDCwYBAQEDBAMBAQgHBwMCAQEDAQECCgYFCA0IA?=
=?us-ascii?q?wgDBgkDAQYBAQUaAwM0AgICAwIBCgYIBQIDBg4CBAIaAQwDAQMDBQ4EFAMEB?=
=?us-ascii?q?QICDwwBAgMDBAUDBQICAgMCAgIFBAECBAIEAQgCECQECAgIDAgEBAgIEBgUCA?=
=?us-ascii?q?gIDAgcMBwMEAwcCBgIDAgcLDAIDBgUFAwUCHgIDAgIEAwMdAQQBBAECAwICA?=
=?us-ascii?q?wIDBAEDAwIBAQEBAQEDBwICAgQBAQEEAwMFAgICAwwCAQMDAQEGAQMBAg8FB?=
=?us-ascii?q?QYEAQUIAwIUAwUTAgUBBwIPBQgBKwEEAgIBAj0CAgMEDQgFAgIHAgQNAgQPB?=
=?us-ascii?q?QMDDgcBFQgBBAgEBQQEAgUIBQUDCBIHAhYKCgEBBAQCBwEEAgINAwcCAgwCA?=
=?us-ascii?q?gYEAgEDByMGAwYJAwIFBRcCAhICBAMFCQQIBAQeAwECCgICAh0CAgcBAjAEA?=
=?us-ascii?q?yAdAgkDIw8DCwkIEz0BCwcuBAQMCCABBg4UByshXxCtFRlDN4FcKi+BRQEBo?=
=?us-ascii?q?3ufTXAnCQEGAl+BZoEIHCwFoUYEL4QFjQCZNJhlIKM4hSERIxKBSg0TgVszG?=
=?us-ascii?q?iOBAW2BSU8DGQ+OOINjyykmMjsCBwEKAQEDCYKigUYBAQ?=
IronPort-PHdr: A9a23:QS8rGhQUuogRaHNk7VL8BoriQ9pson2bAWYlg6HPa5pwe6iut67vI
FbYra00ygOTDMOAsawP0baempujcFJDyK7JiGoFfp1IWk1NouQttCtkLei7TGbWF7rUVRE8B
9lIT1R//nu2YgB/Ecf6YED08DXptWZBUhrw0hBoKevrB4Xck9q41/yo+53Ufg5EmCexbal9I
RmoqQjdrMcbjZVjJ6o+1BfErWZDdvhLy29vOV+ckBHw69uq8pV+6SpQofUh98BBUaX+Yas1S
KFTASolPW4o+sDlrAHPQwSX6HQTS2kbjBVGDRXd4B71Qpn+vC36tvFg2CaBJs35Uao0WTW54
Kh1ThLjlToKOCQ48GHTjcxwkb5brRe8rBFx34LYfIeYP+dlc6jDYd0VW3ZOXsdJVyxAHIy8a
ZcPD/EcNupctoXxukcCoQe7CQSqGejhyCJHhmXu0KI10+ovHwLI0hE+Ed0Sq3nbtsn5Ob0IX
Oyp0KXFzzPOZO5W1zfn74jIdwgsr/CWXb1ufsra1EwhGB3bgVWWs4PlOS6e2+MCs2mV7OpvS
/ygi2g9pAF3vDSiydwhiobMho0Py1DE8T91z5oyJd29UUN2Z8OvH5RMuS+ALYR2Xt8iTH9yu
CY80rALt5G2cicUxZkp2hPSdvyJfoiV7h/hSuqdPTd1iX1kdb+7mRu+70atx/H9W8Wo3ltGs
jZn8XDu34D2BLe6MiKR/1g9UmiwTaCzx7f5v1ALEwulqfWK4QtzqMumpcQq0jPAyz7lFnwga
SLbEsr4PKo5P7iYrj+pp+TKYt0igbmP6QrgMO/AOA4PhEOXmmV5OiwzbPj8VD6TblWlPE2na
7ZsJfVJcQfuKG1GRNAoEm6xqnDjem1soXnWUfIV5bZB6Ki5LlNlLOLfziEPuznVehnC12y
/3FIrHtGpDNIWLCkLflc7Z98UlcyA8rwNBQ6ZNUCa8OL+z1WkDrstzUEBA0Phe7w+biEtp91
4ceVXiTDa+eNaPeqVmI6fk3L0mWeIAVoCr9K+P/P2kHM1gUUdcrWx3ZsLdHC4GexrI16XY
HrrhdcODGEKvgs9TOHxh12CSyVTZ3OoU60g4TE7DZqqAprAROCshbyMxD21E4FLaG5bElyMC
m/od4ucVvkUcSycOsBvniQfVbi5RY8uzRGuuxH+y7pgNufa4jQWu4rs2os92+qGAoq+CZwD
sKS+26JRnp5hHwFRjtw16d65QR0z1aH1aViq/NcHMde/exEUwN8PpnZi6RTDdzoVx2JUc2IT
VPuFtypGzA0S4kZzNoHYkI7ENKn2FSL9iymGbIK350RBZkxuvbV2XTrKtlVx3fJ1bUoi1s7W
ddOPmCogbN5+wHPBonP1UKDmPDuPYsG0SHK7nbL7meDukheGFp/S6jKWmoOTkfXotXl70fAU
qSyCL8qPAxcz8KLNqpNbJvul1oQAL/4J9PZb2SwmE+/Hw2NgLiLadnEYWIYiQrHBUdMsA0e+
3+AfVwxGSSsrmTXCmYyPV3qakLot+J5rSXoHQcP0wiWYhg5hPKO8RkPiKnZEqtLtlp5kDl08
mY8FQOnxNuTENqJ/Vc/L+1XNMkw5F5X2G6erQF5N4ytI/MH5BZWO0w/9wum20B4D4xBlY4hq
3Z5hBEnc/rCiwsfL2rLlYylY+KOejsrEn2Mv2eygSHj4/HoPhVua1h+B3vtRuvQ0U46HAh2
N5QgB7+rt2CREJaGdrxB1owpQNnrbPXaTVv4o7PznRjPOy1vm3O0s4kVuU/zRPyetZaPeaaG
RXpEsocVca0L+l4h1/7ZRlWJ/1Y9qM/I6bEP7POkObjdK4ozj6vkWkV5Y1myUuD+m99RrzS0
o4B0rSE2VjiNX+0xB/p+oi/k4ARYXYJAEmW6za6IYJAaK1dd58yLGD0Osay5/Ek2sHtCi5E+
QWACktd092odk/BCj61lUUYnQxf6XbykyD/xgM3vANyiPC/xxOX2urdTCBcNylRHFJpilDMG
aqPrYw8eWqEUigTywuAyHfh4fELmallBG+MeWNJejnUFT5cN8n4/vLKK4YHoNs4mgNLVOb/Y
HWKS+fQmTge3yX/RVAA1TN8RguOi7L7mBZ4lV6UfWxXlVOHduR6wj72+Z/hfd5U0WRYHyhps
Ab0XFm2brzLtZ23c39+L+qj2UV2gZ7FIVgPg9JHemnKL5TxICC0bgc2vodzgIyMU1C6m0PBJR
SyWrhnBXaDPjI+0YMNlXgpWJA7Mx01kH4xBubthrat1uzBSzt3dtTJP2U76Fsx2wp71MXQxZ
QdX5u6Nx0/cxUxyJH2H/KnLZEm94JFiXN63Y28T1j9kzZwTKam/q7YfrBtVuHPkghLpS/dAz
jExrJlmoDZSy6lB8EILlR28BYoRPFJ0D3Duhz2B646fpbdaala3LJO9+RRUndqaI46MngJ5a
DXBV7YzRAV88t1Bc2zc7VrdtsLiatz2UtgU53j221+Ix6AdYNp5xsoyrH8yairt+Hw/zOgji
gZymIu3p5WDNzB19bmiUXawVxX7eMIJ/Tf1irxCxp/Q0Ie1EpJnADgGR93jSvf7WD4RtPGyL
w+VC3V8sXaUH7PDABWSoFlrtXPBEp2ndjmXKXAVwM8kRUy1K0lWgQRSVzI/9qM=
IronPort-Data: A9a23:PWvidqztGMDSVVMPOa96t+frwirEfRIJ4+MujC+fZmUNrF6WrkVWm
2EYX2DSPPmKYWD0c9okaYTi90kG78KEm9RqHQQ4qC00HyNBpOP7XtnIdU2Y0wG6d5aaFB09h
yk9hngsCOhuExcwcz/0auCJQV9Ui/3QHtIQL8abZnsuLeNcYH58z0olwqhh2dYAbeGRW2ulo
cn1r9DUJGir0jt1NnN8w6+YoXuDhtyr0N8jlgJ4PaAjUGP2zSFPUMpBfP7pcBMUf6ENdgKEb
7ebpF2G1j6Bl/sdIovNuqr2dEQMXonTMWCm4paBc/H/6vTqjnVaPpcTbJLwW28O49m6t4kZJ
OF2iHCFYVxB0psgNwgqe0Iw/ylWZcWq8ZedfCnl6ZT7I0fuKxMAyN02ZK060BFxFutfWQlzG
fIkxD8lUy+nnuyOzKiAb8pinpkxAMnZMpo/kyQ1pd3ZJa5OrZHrRqzL4ZpJw251iJkeRbDRY
M0WbTcpZxPFC/FNEg1PWdRuwaHx3Cm5Km0AwL6WjfJfD2z7wxNy3bXrOdyPJvSFQMxUmgCTo
WeuE2HRXkxDbYbGk2rtHnSEobDoxg+mc4YoJJqS06ZLjFqL6zAqB0hDPbe8iaLk0xbhCow3x
1Yv0jExqq8+8k2oZtbnRBj+q3mB1iPwQPJVGuw+rRCSk+/aulbBQGcDSTFFZZots8peqSEWO
kGhouzNHDJXvKeubFGT7uqGgTOANzE1BDpXDcMbdjct797mqyA1qxvASNd/DaK45uEZ/xmgn

```
FhmSwBu190uYd436kmtwbzQb9uRSnXhSwc04kDGQTvg4FopPMiqYIun7VWd5vFFRGp4crVjL
Cle8yR9xLlRZX1oqMBraLtXdF1Oz6jeWAAweXY1Q/EcG82FohZPh7x47jBkP1tOOc0ZYzLva
0K7kVoOvc8NYCryM/UpO93Z5yEWIU7IRYuNuhf8PoomX3SNXFbclM2TTRfMgTCwzRF2+U3BE
c3LKZ/xZZrlNUiX5GHrHr9CgOFDKtEWymTUSpT2hxWh2vz2WZJmYeZtDbd6VchgtPnsiFyNr
b53bpLWoz0BCrGWSneMquY7cwtaRUXX8Lis9KS7gMbYclQ4cIzgYteNqY4cl3tNxP8NyLiVp
CrhBCe1CjPX3BX6FOlDUVg6AJvHUpN2rHZ9NispVWtEEVB4CWp2xP5HLMtlTqpt7+F50/9/Q
t8MfsjKULwFSS3K935ZJdPxpZBrPkbjzw+fHTuXUB5mdb5ZRivN5oDFeCnr/3IwFSaZj5Y1j
ICh8QL5eqA9YTpeIvzYU9+V9GPpj0MhwLpze2DqPuhsfF7d9dk2Ci7p0d4yDcI+CTTC4Tq40
QypLw8SjrTPqdVt8f3ip6ONn6G2GcRQQ2tYGGj66+6tFC/4p2CM/65JYNyqTxv8Clzm2fyFT
vpH6t3BK9s7pUZun6sgNqd0l4QsysDKpY5K6ihFR1L1N0+KDJFkKVm4hfh/jLVHnOJliFHnS
3Cx9cl/EpTXHdHuD3o6BhcvN8aH3tEqwgji1+w/ehjG1XUm7Yi8cBtgOjeXg3ZgN5pzCoQux
NkhtOMw6wCSjhkLMM6MvhtL9lajf2AxbKE6iq40WIPbqBIn6lVnU6zuDiXb5JKuadIVFmIIJ
jSSprTJhpUC507kXkcwK0Pw3rtmtcxTgCxJ8V4MHETWu9zngvRs4gZd3w5qRStozzJG8dlJB
E5VC2NPK5+zoghY3Pp4Yzj0GiVqJgGoxUjq+l5YyEzbVxaJU0LOHk0cOMGM3kYTzExEdBMG/
rvCkGfBehTpdfHXwSEddxNEqfvibNop7SzEupmtMPqkFqkAQwjOo/GRd0tRjDD4E+YduVbhm
dB62MpRNYjqKnQ2sYAgLourxZA8aUujGjRZYPdD+KgpIzntSAuq02LTF3HrK9J/GfPa1GSZV
el8Ld1rfDaj3n+sqjs7O/Y9E4VslqR02OtYK6LZHk9Ygb6xtTEzjYnx8BL5j2oVQ9lDt8YxB
4fSVjCaGFyrmnpmtD7RnfZAJ1aHT4EIVC/k0MCx1dc5JZYJneVvUEM1i5+fnXGeNil59BO14
iLHQYLrzNJZ9Ic9pLu0T51/BDi1J+jjC8W00gS46OpVYf31bMzhigIyq3vcBTpwA4c/YdpMu
IqojM/Wx2LA5bY/bHDYkcKOFo5P/sSDY9BUOcPWclhfxCuLZ9Dw7isI60SHGIxuvPpA1JP2W
TnieM+UcPgLUex831xQUTBVSDwGOpT0b4DhhCKzlOuNAR4jyj76LMur2HvqTGNDfAkKMI3aJ
i6tnNj2/fFejoBHJCFcNsFcG5UifWPSA/o3ReP+pRyzLzeOgGrbnpDAiBB5yzXAKkfcIfbA+
ZifGyTPLkWjiprpkuNcnZd55CAMLXBHhuI1QEIR1vh2hx2+D08ENe4tCooHOL4Fjh3N0IzEW
x+VYFsAESndWRF2QSf46vnnXSadAbUqEfX9LToL4UiVSnmXAKWtPbhfzRpjskxGImbb8OKaK
N8goyy6elD7x5xyXu8c68CqmeotlLuQ2nsM/lu7iMDoRQoXBbIRznF6AQ5RTmr9HtrQkFnQb
30ALYyerJpXlWaqeSqrR5KZ9Nz1ct8iI/XEoBpjGOrihrg=
IronPort-HdrOrdr: A9a23:KbGbUan8NhlPwtrnmDmSoXQ3s+bpDfIE3DAbv31ZSRFFG/Fw9v
 re+sjzsCWftN9/YgBDpTntAtjifZq+z/5ICOsqTNKftWDd0QPCEGgI1/qH/9SPIVyYysdtkY
 hnaLZ3E9D9ABxXiszg8BCkH9tI+rW6GWOT6ts2DU0BceinUc9dBs5CazqmLg==
X-Talos-CUID: =?us-ascii?q?9a23=3AxF26amp0TTIaJC/1laR+RWHmUf0aVmTT9HvKGGq?=
 =?us-ascii?q?bB340WpGVe1GJ2Ioxxg=3D=3D?=
X-Talos-MUID: =?us-ascii?q?9a23=3AXhlrqAz4a7Qp5mEfUq1Y7PXJkt+aqIPxLxshzL4?=
 =?us-ascii?q?CgfmjHwkoGjualBnre4Byfw=3D=3D?=
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-AV: E=Sophos;i="6.08,246,1712646000";
   d="scan'208,217";a="45112128"
X-DKIM-MONITORING-Results: PASS
Received: from mail-yw1-f180.google.com ([209.85.128.180])
  by fwironport01.gordonrees.com with ESMTP/TLS/ECDHE-RSA-AES128-GCM-SHA256; 17 Jun 2024 16:48:33
 -0700
Received: by mail-yw1-f180.google.com with SMTP id 00721157ae682-62cddff7f20so48510647b3.3
        for <swoodnik@grsm.com>; Mon, 17 Jun 2024 16:48:32 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20230601; t=1718668111; x=1719272911; darn=grsm.com;
        h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
         :date:message-id:reply-to;
        bh=l/svKAJv6MdyfhGbqQMo2qcmIL257h98te3Kep3czig=;
        b=bc/aW+GZ3N2HsW1qfWPR3e/r0ScooHPJSJ4NMJDUHR7xMEYsN18UerCn7PLimyJR7V
         xCNtlj+iMxi1ERKldnt2S6yk/YRLYOjobjuTa9rLQA6gMboAAu+UPHmg663iyQWK2ib9
         nWiYDsOBcQz6F1Xh9JaVLvUtSioZCFmi5oAKxa6jgUWAL3Cf9IjH+VH9XGOvmeWCX9AR
         AaOqEsTc5fTHQ4MX0O/QuiybgfSCZZTHJ2kSoeidmdu1J41IfC/b3YXHrA4GxPBgU8nD
         N3PIoRkIsDZ4jxAal6IazefXp5CeE6BhbSGWfTkMX+PEIy1BdtpV+VxUOF4+nzmNWbo9
         8XPA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1718668111; x=1719272911;
        h=to:subject:message-id:date:from:mime-version:x-gm-message-state
         :from:to:cc:subject:date:message-id:reply-to;
        bh=l/svKAJv6MdyfhGbqQMo2qcmIL257h98te3Kep3czig=;
        b=NXUd2DKAheRusP0wRhs7w8c6XSaEAzESMft2qbKm38km9T/xkoQFwnpBgAuyJeg50y
         HgSvOyMdlzYrbG1OckmJyrGO12yKlyh5Cvqc2cudVfeVgdtyj0GnVVfPlEci6VaHgWCo
```

```
        Otbbi5UrxWwK46+/ATCAxvG32xcRw5gO9/hLt7OfnaIOSTFZU4WYjHZ31TdeIYem9lmc
        MUeOtFZJ6phd/y+RP3ahlRPGK7Hax5pNG69IbzV64DXFrXo9mbkQn9CsD5AAnquHtTZC
        hRzLZF/alzfYyMQ1EqO7uciz0tPhbF3eQC8AXq4mm2QIczhsJb4ZgIlqsTFOQTc+FHEc
        jFGw==
X-Forwarded-Encrypted: i=1; AJvYcCWMi0zrU87gM4hg5qgeHAjqIMT3zzd1GQAO4FsjgUPSajaGBBHUpRL8
 2vSmwFqtg0YwW3c4euDfcIhqVlcYulIzxw==
X-Gm-Message-State: AOJu0YxSLFT5579rVPBaRGH7NvJN5r7aXdsBM/HiCE6vAN4sL7zeyfUM
        fG/FVyZPCz6NVwKNB+lpmPgUh7LYndDJ3ivG+ypC9ds3ZxK5sdQe5rOGmx3yF6LhvtkrKcixQX/
        HeHdm8px9qVpLAlJ0SD+zxdyLr8DOQQ==
X-Google-Smtp-Source: AGHT+IGGVLNyHNzz157XvACN+NCRcBVnCufQgEErWPOahFx/
 RKAb9khrgdPYw7TOiMowiBGA6v2ya0nc7KbHQFxpfM8=
X-Received: by 2002:a81:7144:0:b0:62c:e74d:8152 with SMTP id
 00721157ae682-632224543b5mr89455597b3.19.1718668111579; Mon, 17 Jun 2024
 16:48:31 -0700 (PDT)
MIME-Version: 1.0
From: Greg Keenan <gwkeenan24@gmail.com>
Date: Mon, 17 Jun 2024 16:48:20 -0700
Message-ID: <CAEd+yUXLFw2cQrj5J-jBZNEupio39bCpJpctWT+SWWhyog5-Xw@mail.gmail.com>
Subject: Leavitt v. Central Credit--One Week Extension request
To: <esperling@glaserweil.com>, <amiller@glaserweil.com>, Andrew Grimm
        <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>,
        Gregory Keenan <gregory@digitaljusticefoundation.org>, <swoodnik@grsm.com>
Content-Type: multipart/alternative; boundary="00000000000047180c061b1e9a14"
X-Proofpoint-ORIG-GUID: tUpMzLqmvl1TUFnNVctGFaq5a9J-eD0P
X-CLX-Shades: MLX
X-Proofpoint-GUID: tUpMzLqmvl1TUFnNVctGFaq5a9J-eD0P
X-CLX-Response: 1TFkXGBIeEQpMehcZGx0RCllEF2ZoTlwbX38ZE11IEQpYWBdmWWcZAR57XG5
 QRxEKeE4XY1Nja3sTWH4aX14RCnlMF2hCbGheSUd5ZH17EQpDSBcHGREKQ1kXBxsdHhEKQ0kXGg
 QaGhoRCllNF2dmchEKWUkXGxNxGwYZEncGGxkfBhkaQhIGGgYbGhoGGnEaEBp3BhoGGgYaBhoGG
 gYacRoQGncGGhEKWV4XbGx5EQpJRhdNRVhORURYT09ZdVpYRU5fSV5DRUQHXEcRCklHF3hPTREK
 Q04XXn9aZ1BmW0dcRht+f2xEZHxJXm1sS1sfSxNgB09uGnoRCLhcFx8EGgQZHBwFGxoEGxoaBBs
 ZHgQZGRAbHhofGhEKXlkXTlpHBV4RCk1cFxgTEhEKTFoXaGlNa2sRCkxGF29ra2traxEKQk8XaE
  V7AXxPT39JHUcRCkNaFxgaEwQSHwQbGxwQBEQpCXHhcbEQpEXhccEQpCXBcbEQpeThcbEQpCS
 xdjU2NrexNYfhpfXhEKQkkXY1Nja3sTWH4aX14RCkJFF21NZkcSXUcBaRgZEQpCThdjU2NrexNY
 fhpfXhEKQkwXZllnGQEee1xuUEcRCkJsF2gfTnNHb2VFEkEfEQpCQBdhc3h+HFITYx4aZhEKQlg
  Xbn9jHXAbT0VffkcRCk1eFwcbEQpaWBcZEQp5QxdrR39/GBxbYUNNXhEKWUsXGxofGRwRCnBoF2
 ZnZGNZWGMFXWQbEAcZGhEKcGgXY1J7W25QTUl/exoQBxaaEQpwaBdvW2x/Q2NcaFJsbhAHGRoRC
 nBoF2dbbFN4eUVJaHthEAcZGhEKcGgXYllsfGJTUE8Sa0EQBxkaEQpwaBdtcmZcBRlNXHl+ThAH
  GRoRCnBoF2hfeRlMQB5lUhlyEAcZGhEKcGgXem1ITENwb0VbG20QBxkaEQpwbBdjY21SARx/ZB1
 dbxAaEQptfhcHGxEKWE0XSxEg
X-Proofpoint-Banner-Trigger: inbound
X-Proofpoint-Virus-Version: vendor=baseguard
 engine=ICAP:2.0.293,Aquarius:18.0.1039,Hydra:6.0.680,FMLib:17.12.28.16
 definitions=2024-06-17_14,2024-06-17_01,2024-05-17_01
X-Proofpoint-Spam-Details: rule=inbound_notspam policy=inbound score=0 clxscore=284
 adultscore=0
 priorityscore=317 unknownsenderscore=20 phishscore=0 impostorscore=0
 suspectscore=0 spamscore=0 malwarescore=0 mlxscore=0 bulkscore=0
 lowpriorityscore=0 mlxlogscore=414 classifier=spam adjust=0 reason=mlx
 scancount=1 engine=8.12.0-2405010000 definitions=main-2406170184
 domainage_hfrom=10536
Return-Path: gwkeenan24@gmail.com
```

Final-Recipient: rfc822;swoodnik@grsm.com
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup

---------- Forwarded message ----------  
From: Greg Keenan <gwkeenan24@gmail.com>  
To: <esperling@glaserweil.com>, <amiller@glaserweil.com>, Andrew Grimm <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>, Gregory Keenan <gregory@digitaljusticefoundation.org>, <swoodnik@grsm.com>  
Cc:  
Bcc:  
Date: Mon, 17 Jun 2024 16:48:20 -0700  
Subject: Leavitt v. Central Credit--One Week Extension request  
Counsel:

Plaintiff intends to seek a one week extension of time to respond to the motion to dismiss and to file an amended complaint. The basis for the extension is that one of our attorneys has been feeling under the weather and the other has been dealing with a personal matter. Could you please provide your position regarding this extension request?

Thank you,  
Greg

Gregory Keenan  
Attorney  
Digital Justice Foundation  
516.633.2633

---

**Greg Keenan** <gwkeenan24@gmail.com>　　　　　　　　　　　　　　　　　　　　　Mon, Jun 17, 2024 at 5:53 PM  
To: esperling@glaserweil.com, amiller@glaserweil.com, Andrew Grimm <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>, Gregory Keenan <gregory@digitaljusticefoundation.org>, swodnik@grsm.com, Andrew Grimm <andrew.b.grimm@gmail.com>

Counsel:

Following up. I see that Ms. Wodnik's email address was mistyped in the original email (and bounced back), so I am recirculating this email so as to include her in the email.

Could you please provide your position regarding Plaintiff's intent to seek a one-week extension of time to respond to the motion to dismiss and to file an amended complaint in the Leavitt v. Central Credit matter. I am available to confer by phone this evening, as well.

Thank you,  
Greg

Gregory Keenan  
Attorney  
Digital Justice Foundation  
516.633.2633  
[Quoted text hidden]

---

**Alexander Miller** <amiller@glaserweil.com>　　　　　　　　　　　　　　　　　　　　Mon, Jun 17, 2024 at 8:12 PM  
To: Greg Keenan <gwkeenan24@gmail.com>, Elizabeth Sperling <esperling@glaserweil.com>, Andrew Grimm <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>, Gregory Keenan <gregory@digitaljusticefoundation.org>, "swodnik@grsm.com" <swodnik@grsm.com>, Andrew Grimm <andrew.b.grimm@gmail.com>

Hi Greg,

We will stipulate to an extension that also re-notes the motion to a week later so we have sufficient time for our reply. Please send over a draft stipulation when convenient.

Best,

Alex



### Alexander Miller
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP     amiller@glaserweil.com
600 West Broadway, Suite 2150     T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio

**To send files securely, please click here**

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

[Quoted text hidden]

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

**Greg Keenan** <gwkeenan24@gmail.com>     Mon, Jun 17, 2024 at 8:50 PM
To: Alexander Miller <amiller@glaserweil.com>
Cc: Elizabeth Sperling <esperling@glaserweil.com>, Andrew Grimm <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>, Gregory Keenan <gregory@digitaljusticefoundation.org>, "swodnik@grsm.com" <swodnik@grsm.com>, Andrew Grimm <andrew.b.grimm@gmail.com>

Alex,

Thank you for your professional courtesy regarding the stipulation. I have sent over the draft stipulation, as requested.

Please see attached.

Best,
Greg

Gregory Keenan
Attorney
Digital Justice Foundation
516.633.2633

[Quoted text hidden]

---

**2 attachments**

 **LeavittEveriWDWash 2024-06-17 Proposed Order.docx**
56K

 **LeavittEveriWDWash 2024-06-17 Leavitt Ext Req.docx**
59K

---

**Greg Keenan** <gwkeenan24@gmail.com>                                                    Mon, Jun 17, 2024 at 11:09 PM
To: Alexander Miller <amiller@glaserweil.com>
Cc: Elizabeth Sperling <esperling@glaserweil.com>, Andrew Grimm <agrimm3@gmail.com>, Andrew Grimm <andrew@digitaljusticefoundation.org>, Gregory Keenan <gregory@digitaljusticefoundation.org>, "swodnik@grsm.com" <swodnik@grsm.com>, Andrew Grimm <andrew.b.grimm@gmail.com>

Hi Alex,

Looking to put this on file. Can you get back to us in the next twenty minutes or so?

Best,
Greg
[Quoted text hidden]