THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>*Plaintiff*,<br><br>vs.<br><br>CENTRAL CREDIT, LLC,<br><br>*Defendants*. | Case No. 3:23-cv-06105-TMC<br><br>**[PROPOSED] Order Denying Motion to Dismiss *Pro Se* Complaint as Moot and Reminding Counsel of their Meet-and-Confer Obligations** |

On review of Defendant's motion to dismiss, Plaintiff's opposition, and all relevant papers, the motion is DENIED as MOOT in light of a newly filed operative complaint.  E.g., Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it."); Brown v. Bos. Sci. Corp., 2022 U.S. Dist. LEXIS 44868, *2 (W.D. Wash. Mar. 14, 2022) (similar).

The Court further reminds Defendant's counsel that, going forward, counsel should identify the issues and arguments they intend to raise during meet and confer of a motion, such that the Parties can attempt to resolve or narrow disputes before coming to the Court and seeking resolution.  Failing to address wholesale motions or elements, *especially* where prior discussions had operated on the assumption that a certain element was met, is a basis for the Court to strike future filing.  IT IS SO ORDERED.

Dated

THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE