THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ABRAHAM LEAVITT,

    *Plaintiff*,

vs.

CENTRAL CREDIT LLC,

    *Defendant*.

Case No. 2:23-cv-01817-RAJ

**Motion  For 14 Day Extension of Time to File Amended Complaint[1]**

NOTING DATE: Dec. 11, 2024 (14-day)

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and pursuant to Civil Local Rule 7(j), Plaintiff Abraham Leavitt ("Plaintiff") hereby moves, for a 14-day / two-week extension of time to file his amended complaint and relief from the deadline to file a first-amended complaint, permitting Plaintiff up to and including **Wednesday, December 11, 2024**, to file first-amended complaint. Extraordinary reasons justify the relief.

*__First__*, Plaintiff is represented by a nonprofit law firm which had only two full-time lawyers— lawyers who were the only counsel reasonably available to work on this case.  One of the counsel, the one who had responsibility for filing the amended complaint has been dealing with recurrent health issues that crippled his ability to work, a major health issue by his spouse, a terminal health issue in the family, and other major situations.

---

[1] The undersigned, counsel for Plaintiff Abraham Leavitt emailed and then conferred via telephone with counsel for Defendant, Alexander Miller, regarding the relief sought in this motion. Counsel for Defendant refused to assent to this motion, instead requesting that the motion be filed and then counsel for Defendant would review and tender their response.

1

This counsel has since left the nonprofit and is taking an indefinite leave from his practice of law to attend to these matters.

***Second***, the lead counsel's personal situation—and the sheer difficulties in attending to them—has been crippling to the nonprofit. This case was undertaken on the understanding that the counsel would be able to fully contribute, but he is no longer able to do so, and his personal situation has left the remaining counsel, the undersigned, the only counsel able to work on this case – as well as all of the other case work undertaken by this nonprofit firm. This has dramatically increased the workload of the undersigned and the undersigned needs additional time to restructure the practice in light of the lead counsel's departure and personal situation – and it is this departure and concomitant substantial delays.

***Third***, the nonprofit representing Plaintiff has never opposed an extension request in any forum for any reason and it, through its counsel, regularly offer our opposing counsel more time than they request as extensions—both out of professional courtesy for fellow members of the bar and out of a strong belief that it's important to allow counsel the time to develop and refine their analysis, in the view that this benefits the Court as well.

***Fourth***, the undersigned has tried in good faith and done his level best to get the amended complaint on file but has been unable to do so because of the aforementioned circumstances and because of pre-existing travel by Plaintiff in this period.

As the undersigned, I hereby declare under penalty of perjury that the foregoing factual assertions are is true and correct.

2

Date: November 27, 2024                Respectfully submitted,

**DIGITAL JUSTICE FOUNDATION**
A NONPROFIT, PUBLIC-INTEREST LAW FIRM

By */s/ Andrew Grimm*
   Andrew Grimm (WSBA No. 51486)
   DIGITAL JUSTICE FOUNDATION
   15287 Pepperwood Drive
   Omaha, Nebraska 68154
   (531) 210-2381
   Andrew@DigitalJusticeFoundation.org

*Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing contains **543** words.

Dated: November 27, 2024                Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing via CM/ECF.

Dated: November 27, 2024                Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

3