The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EVERI HOLDINGS INC. dba CENTRAL CREDIT,<br><br>　　　　　　　Defendant. | NO. 2:23-cv-01817-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CENTRAL CREDIT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER RULES 12(B)(6) AND 12(B)(1)<br><br>NOTE ON MOTION CALENDAR: JANUARY 17, 2025 |

THIS MATTER having come before the Court on Defendant Central Credit's ("Defendant") Motion to Dismiss Second Amended Complaint, and based on the filings and pleadings on record, including:

(1) _____;

(2) _____;

(3) _____; and

(4) _____;

[PROPOSED] ORDER GRANTING DEFENDANT CENTRAL CREDIT LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT - 1
Case No. 2:23-cv-01817-RAJ

2408888.4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

It is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss Second Amended Complaint is **GRANTED, and the Second Amended Complaint is dismissed with prejudice.**

**SO ORDERED.**

This ___ day of _____, 2025.

_____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Shannon L. Wodnik*
    Shannon L. Wodnik, WSBA #44998
    *Attorneys for Defendant Central Credit, LLC*
    Gordon Rees Scully Mansukhani, LLP
    701 5th Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Fax: (206) 689-2822
    swodnik@grsm.com

[PROPOSED] ORDER GRANTING DEFENDANT CENTRAL CREDIT LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT - 2
Case No. 2:23-cv-01817-RAJ

2408888.4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822