The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                    Plaintiff,<br><br>     v.<br><br>CENTRAL CREDIT, LLC,<br><br>                    Defendant. | NO. 2:23-cv-01817-RAJ<br><br>**NOTICE OF MOTION RE-NOTED**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 23, 2025**<br>(Originally noted for 1/17/2025) |

TO:          Clerk of the Court

AND TO:   Counsel of Record

PLEASE TAKE NOTICE that defendant Central Credit, LLC hereby re-notes its Motion to Dismiss Second Amended Complaint (Dkt. 33) to January 23, 2025 (previously noted for January 17, 2025).

Dated: January 6, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Shannon L. Wodnik*
    Shannon L. Wodnik, WSBA #44998
    *Attorneys for Defendant Central Credit, LLC*
GORDON REES SCULLY MANSUKHANI, LLP

NOTICE OF MOTION RE-NOTED - 1
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: swodnik@grsm.com

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
Elizabeth Sperling (*Pro Hac Vice*)
Alexander Miller (*Pro Hac Vice*)
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2150
San Diego, CA 92101
Phone: (619) 765-4380
Email: esperling@glaserweil.com
          amiller@glaserweil.com

*Attorneys for Defendant Central Credit, LLC*

NOTICE OF MOTION RE-NOTED - 2
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822