The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                     Plaintiff,<br><br>  v.<br><br>CENTRAL CREDIT, LLC,<br><br>                     Defendant. | NO. 2:23-cv-01817-RAJ<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND RENOTE MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 21, 2025** |

COMES NOW Defendant Central Credit, LLC ("Central Credit"), by and through its counsel of record, Shannon Wodnik and Gordon Rees Scully Mansukhani, LLP, and pursuant to Fed. R. Civ. Pro. 6(b) and Local Civil Rule 7(j), hereby submits this Stipulated Motion to Extend Briefing Deadlines and Renote Motion to Dismiss, as follows:

1. Plaintiff's Opposition Deadline extended from January 21 to January 30, 2025;

2. Defendant's Reply extended from January 23 to February 13, 2025; and

3. Defendant's Motion to Dismiss the Amended Complaint renoted for February 13, 2025.

STIPULATED MOTION TO EXTEND
BRIEFING DEADLINES AND RENOTE
MOTION TO DISMISS - 1
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

4. Pursuant to Local Civil Rule 7(j), Central Credit certifies Plaintiff stipulated to this Motion.

WHEREFORE the Parties request an Order be entered accordingly.

CERTIFICATION OF WORD COUNT PER LCR 7(e)(6)

I certify that this memorandum contains 113 words, in compliance with the Local Civil Rules.

DATED: January 21, 2025

Respectfully submitted by,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Shannon L. Wodnik*
Shannon L. Wodnik, WSBA #44998
GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: swodnik@grsm.com

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
Elizabeth A. Sperling (*Pro Hac Vice*)
Alexander Miller  (*Pro Hac Vice*)
GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, CA 92101
Phone:  (619) 765-4380
Email:  esperling@glaserweil.com
            amiller@glaserweil.com

*Attorneys for Defendant Central Credit, LLC*

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND RENOTE MOTION TO DISMISS  - 2
Case No. 2:23-cv-01817-RAJ

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822