The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL CREDIT LLC<br><br>　　　　　　Defendant. | NO. 2:23-cv-01817-RAJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME |

## **STIPULATION**

The Parties in the above-captioned case hereby stipulate and request that this Honorable Court extend the time within Plaintiff may respond to the pending motion to dismiss by 7 days to Thursday, February 6, 2025, and to likewise extend the time for Defendant to reply to February 27, 2025. Plaintiff's counsel has been dealing with some health issues and needs more time to finish the motion response.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME - 1
Case No. 2:23-cv-01817-RAJ

DIGITAL JUSTICE
FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
Telephone: (531) 210-2381

3023500

| | |
|---|---|
| GLASER WEIL FINK HOWARD JORDAN & SHAPIRO, LLP | DIGITAL JUSTICE FOUNDATION |
| By: *s/Alex Miller* <br>    Alexander Miller, admitted *pro hac vice* <br> *Attorneys for Defendant Central Credit, LLC* <br> GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP <br> 600 W. Broadway, Suite 2150 <br> San Diego, CA 92101 <br> Phone: (619) 762-5952 <br> Email: amiller@glaserweil.com | By: *s/Andrew Grimm* <br>    Andrew Grimm, WSBA #51486 <br>    *Attorney for Plaintiff* <br> DIGITAL JUSTICE FOUNDATION <br> 15287 Pepperwood Drive <br> Omaha, NB 68154 <br> Phone: (531) 210-2381 <br> Email: Andrew@DigitalJusticeFoundation.org |

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME - 2 <br> Case No. 2:23-cv-01817-RAJ | DIGITAL JUSTICE FOUNDATION <br> 15287 Pepperwood Drive <br> Omaha, Nebraska 68154 <br> Telephone: (531) 210-2381 |

3023500

# [PROPOSED] ORDER OF EXTENSION

THIS MATTER having come before the Court by way of the Parties' Stipulation and [Proposed] Order to Extend Time to Respond to Complaint, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Plaintiff to respond to the pending motion to dismiss is extended to February 6, 2025, and the time for Defendant to reply is February 27, 2025. The motion is hereby re-noted to February 27, 2025.

DATED this _____ day of _____, 2025.

HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME - 3
Case No. 2:23-cv-01817-RAJ

DIGITAL JUSTICE
FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
Telephone: (531) 210-2381

3023500