The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                Plaintiff,<br><br>  v.<br><br>CENTRAL CREDIT LLC,<br><br>                Defendant. | NO. 2:23-cv-01817-RAJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME |

**STIPULATION**

The Parties in the above-captioned case hereby stipulate and request that this Honorable Court extend the time for Defendant to file its reply brief in support of its pending Motion to Dismiss to March 15, 2025. Defense counsel is requesting additional time to draft the reply brief due to unexpected conflicts in other matters.

Dated: February 26, 2025

| | |
|---|---|
| GLASER WEIL FINK HOWARD JORDAN & SHAPIRO, LLP | DIGITAL JUSTICE FOUNDATION |
| By: *s/Alex Miller*<br>    Alexander Miller, admitted *pro hac vice*<br>*Attorneys for Defendant Central Credit, LLC*<br>GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP<br>600 W. Broadway, Suite 2850<br>San Diego, CA 92101<br>Phone: (619) 762-5952<br>Email: amiller@glaserweil.com | By: *s/Andrew Grimm*<br>    Andrew Grimm, WSBA #51486<br>    *Attorney for Plaintiff*<br>DIGITAL JUSTICE FOUNDATION<br>15287 Pepperwood Drive<br>Omaha, NB 68154<br>Phone: (531) 210-2381<br>Email: Andrew@DigitalJusticeFoundation.org |

**[PROPOSED] ORDER OF EXTENSION**

THIS MATTER having come before the Court by way of the Parties' Stipulation and [Proposed] Order to Extend Time, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Defendant to file its reply in support of Defendant's Motion to Dismiss is extended to March 15, 2025. The motion is hereby re-noted to March 15, 2025.

DATED this _____ day of _____, 2025.

> HONORABLE RICHARD A. JONES
> UNITED STATES DISTRICT JUDGE