THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>*Plaintiff*,<br><br>vs.<br><br>CENTRAL CREDIT LLC,<br><br>*Defendant*. | Case No. 2:23-cv-01817-RAJ<br><br>**Motion For 14 Day Extension of Time to File Amended Complaint** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and pursuant to Civil Local Rule 7(j), Plaintiff Abraham Leavitt ("Plaintiff") hereby moves, for a 14-day / two-week extension of time to file his amended complaint and relief from the deadline to file an amended complaint, permitting Plaintiff up to and including **Thursday, October 2, 2025**, to file first-amended complaint. **Plaintiff's counsel has not yet had time to conference this motion but will seek a stipulation with opposing counsel and supplement.**

*First*, Plaintiff's counsel is represented by a single attorney who has been seeking other counsel to assist with the prosecution of this matter, but at this time has identified another counsel but will need time to do so.

*Second*, just this past week, Plaintiff's counsel had to deal with a major unexpected demand on his time that required an all-nighter to avoid disrupting an impending court hearing and also has had to prepare for an appellate oral argument in an area out of practice where the lead appellate counsel had to leave regular practice of law for health reasons.

**_Third_**, Plaintiff's counsel is also preparing a highly complex briefing in a wrongful-death matter involving the death of many children and the intersection of multiple, complex jurisdictional rules. This is one among many other challenging and complex filings that are due in the period since the Honorable Court issued its order.

**_Fourth_**, there were meaningful personal disruptions today that inhibited my ability to conference the motion in advance. I intend to do so after the oral argument this upcoming morning and supplement as necessary.

Under Rule 6(b)(1)(A), the governing standard is good cause. These above-mentioned reasons, along with others that can be stated in the supplement, readily establish good cause and

As the undersigned, I hereby declare under penalty of perjury that the foregoing factual assertions are is true and correct.

Date: September 18, 2025                    Respectfully submitted,

**DIGITAL JUSTICE FOUNDATION**
A Nonprofit, Public-Interest Law Firm

By _/s/ Andrew Grimm_
Andrew Grimm (WSBA No. 51486)
Digital Justice Foundation
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

_Attorney for Plaintiff_

2

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing contains **433** words.

Dated: September 18, 2025                    Respectfully submitted,

                                             */s/ Andrew Grimm*
                                             Andrew Grimm

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing via CM/ECF.

Dated: September 18, 2025                    Respectfully submitted,

                                             */s/ Andrew Grimm*
                                             Andrew Grimm