# Exhibit A

Central Credit's November 21, 2023
Notice of Results of Re-Investigation
Directly At Issue in this Litigation





November 21, 2023

Mr. Abraham Leavitt
6205 Island Crest Way
Mercer Island, WA 98040

**RE: Investigation Regarding Consumer Dispute Complete**

Mr. Leavitt:

Enclosed is Central Credit, LLC's ("Central Credit") written notice that Central Credit has conducted and completed its investigation regarding your dispute of a line item on your gaming report raised on October 30, 2023 ("Dispute"). Based on the investigation, Central Credit concludes that the current report is accurate.

To complete our investigation, we reviewed (i) the information provided by you, (ii) a copy of the Complaint filed by you against Paradise Enterprises Limited, Brookfield Asset Management, LLC and Brookfield Hospitality Properties, LLC in the Superior Court of New Jersey, and (iii) information provided by Brookfield Hospitality Properties, LLC d/b/a Atlantis Paradise Island. After review of the foregoing, Central Credit was able to verify that the information being reported is correct.

Enclosed you will find a copy of your current Gaming Report, as well as a Summary of Your Rights Under the Fair Credit Reporting Act.

Please direct any future correspondence regarding this issue to Taylor Anello, Corporate Legal Counsel at taylor.anello@everi.com.

Sincerely,





**CONFIDENTIAL**

# Exhibit B

"Summary of Rights" Attached to
Central Credit's November 21, 2023
Notice of Results of Re-Investigation
Directly At Issue in this Litigation

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies.  There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records).  Here is a summary of your major rights under the FCRA.  **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.**  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.**  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure").  You will be required to provide proper identification, which may include your Social Security number.  In many cases, the disclosure will be free.  You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.  See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.**  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus.  You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it.  In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.**  If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous.  See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580          1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219          800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help (FRCH)<br>P O Box 1200<br>Minneapolis, MN 55480<br>Telephone: 888-851-1920<br>Website Address: www.federalreserveconsumerhelp.gov<br>Email Address:  ConsumerHelp@FederalReserve.gov |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552          800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314          703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638          1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation , Office of  Financial Management<br>Washington, DC 20590          202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture |

Office of Deputy Administrator - GIPSA
Washington, DC 20250          202-720-7051

**CONFIDENTIAL**

# Exhibit C

Central Credit's February 3, 2021
Notice of Results of Re-Investigation
(for the Viejas Casino's false reporting)



**EVERI**

7250 S Tenaya Way, Ste 100
Las Vegas, NV 89113
O: 702.855.3000
F: 702.855.3040
everi.com
NYSE: EVRI

February 3, 2021

Mr. Abraham Leavitt
6205 Island Crest Way
Mercer Island, WA 98040

**RE: Notice of Results of Investigation**

Mr. Leavitt:

Enclosed is Central Credit, LLC's ("Central Credit") written notice of the results of its investigation concerning your gaming report dispute, raised to Central Credit on January 13, 2021.

Central Credit initiated an investigation upon receipt of your dispute, and the investigation is complete. Based upon that investigation we conclude that the current report is accurate. Attached is a current report based upon your consumer file.

In order to complete our investigation, we reviewed the information provided by you, the Case Report we received from the Mercer Island Police Department, and information provided to us by the Viejas Office of the Attorney General, Viejas Band of Kumeyaay Indians. If you need to contact the Viejas Office of the Attorney General, you may contact Deputy Attorney General, Uyen D. Le at:

Viejas Office of the Attorney General
Viejas Band of Kumeyaay Indians
5005 Willows Road, Suite 213
Alpine, CA 91901
Tel: 619-659-5468
Fax: 619-659-1970
ULe@VIEJAS.com

You have the right to add a statement to your file disputing the accuracy or completeness of the information.

Please direct any future correspondence or emails in this matter to our legal counsel, Bria King, at bria.king@everi.com.

Sincerely,

*[signature]*

# Exhibit D

"Summary of Rights" Attached to
Central Credit's February 3, 2021
Notice of Results of Re-Investigation
(for the Viejas Casino's false reporting)

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.**  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.**  A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.  The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.**  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer.  Written consent generally is not required in the trucking industry.  For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.**  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**  For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws.  In some cases, you may have more rights under state law.  For more information, contact your state or local  consumer protection agency or your state Attorney General.  Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580        1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219        800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help (FRCH)<br>P O Box 1200<br>Minneapolis, MN 55480<br>Telephone: 888-851-1920<br>Website Address: www.federalreserveconsumerhelp.gov<br>Email Address:  ConsumerHelp@FederalReserve.gov |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552        800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314        703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638        1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation , Office of  Financial Management<br>Washington, DC 20590        202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture |

Office of Deputy Administrator - GIPSA
Washington, DC 20250          202-720-7051

**CONFIDENTIAL**                                          **CENTRAL CREDIT_00077**

# Exhibit E

Pdf of Email from Abraham Leavitt to Central Credit
Showing that the Leavitt's Email Had Been Blocked
(partially redacted to exclude attorney-client communication)

 Gmail

**Andrew Grimm <andrew.b.grimm@gmail.com>**

## Fwd: Delivery Status Notification (Failure)
1 message

Begin forwarded message:

**From:** Mail Delivery Subsystem <mailer-daemon@googlemail.com>
**Date:** November 2, 2023 at 3:16:31 PM PDT
**To:** abeleavitt@gmail.com
**Subject: Delivery Status Notification (Failure)**

## Message blocked

Your message to **Rczarnecki@everi.com** has been blocked. See technical details below for more information.

**LEARN MORE**

*This link will take you to a third-party site*

The response from the remote server was:

550 Envelope blocked - User Entry - https://community.mimecast.com/docs/DOC-1369#550
[RLU2jwV7N6ikikeY995AGg.us577]

---------- Forwarded message ----------
From: Abe Leavitt <abeleavitt@gmail.com>
To: "Contreras, Stephanie" <scontreras@everi.com>
Cc: "Czarnecki, Rosemary" <Rczarnecki@everi.com>, Justin Mills <jmcarpiolaw@gmail.com>, Justin Mills
<mills0451@yahoo.com>
Bcc:
Date: Thu, 2 Nov 2023 15:15:13 -0700
Subject: Re: Wrongful Reporting, Abraham Leavitt
----- Message truncated -----

---

**4 attachments**


**icon.png**
5K

**warning_triangle.png**
1K

**mime-attachment**
1K

**mime-attachment.eml**
4K

# Exhibit F

Contents of November 3, 2023 Letter that Abraham Leavitt
Sent to Central Credit Regarding Disputed Credit Information

11-03-2023

Abraham Leavitt

6205 Island Crest Way

Mercer Island, WA 98040

Casino Central Credit, DBA Everi

7250 S Tenaya Way Suite 100

Subject: Disputing Information in Credit Report

I am writing to dispute the following information in my file:
Atlantis Casino, Baha Mar Casino, Nassau Bahamas

These items being reported as "returned" by Atlantis Resort,
Paradise Island, and Baha Mar, Nassau Bahamas is inaccurate
and incomplete because I do not owe them any money. I would
draw your attention to Baha Mar which is owned by Chow Tai
Fook, a criminal enterprise tied to the Triad Mafia. Chow Tai
Fook just had their gaming license revoked in Australia, and The
United States lists Chow Tai Fook as a Criminal Enterprise. I
have requested the checks from these casinos proving or
showing I owe them money (which I do not) and they will not
provide them.

I am requesting that all items being reported by the above
Casinos be removed immediately.

Please delete these negative remarks, and slanderous allegations
by these casinos immediately. Failure to delete and send out a
correction about these inaccurate and slanderous remarks
ruining my good name may result in you being subject to civil
action.

Sincerely,

Abraham Leavitt

# Exhibit G
Emails on Central Credit's Investigation with
Atlantis / Brookfield Casino on $75,000

| | |
|---|---|
| **From:** | Erica.Dunmyer |
| **To:** | Anello, Taylor |
| **Cc:** | Giselle.Pyfrom; Vincent.Scalise |
| **Subject:** | RE: Consumer Dispute - Abraham Leavitt |
| **Date:** | Monday, November 13, 2023 5:33:39 AM |
| **Attachments:** | image001.jpg |
| | image002.gif |
| | We sent you safe versions of your files.msg |
| | 27770901_ABRAHAM LEAVITT VS. PARADISE ENTERPRISES LIMITED TA ATLANTIS PARADISE ISLAND |
| | CASINO_SummonsComplaint.pdf |

**\*\* This Email came from an External Source \*\***
-
Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Good morning Taylor,

With respect to Mr. Abraham Leavitt's communication, we can provide you with a copy of a complaint that Mr. Leavitt filed (*pro se*) in New Jersey state court, which is publicly available information.  You will see that the allegations in the complaint do not call into question amounts owed to the Atlantis casino relating to his credit, but rather relate to Mr. Leavitt's allegations of discrimination based on him being an "advantage player."

We have reviewed our records and can tell you that Mr. Leavitt did sign for three separate markers in the amounts of $25,000, $40,000 and $10,000 (totaling $75,000) that were returned unpaid.  As is our standard procedure, before any marker can be generated, customers are required to enter their PIN to verify their identity, and the customer's identification is also verified by the Casino Floor Supervisor as the ID appears on the screen of the handheld tablet for comparison to the person requesting the marker.  We have also maintained a copy of Mr. Leavitt's identification along with his signed credit application in our records.

As is the usual protocol, returned unpaid marker information is reported into the Central Credit Portal, which is what occurred when Mr. Leavitt's markers were returned unpaid.  Mr. Leavitt has at no time disputed the authenticity of the above referenced markers with the Atlantis casino. And neither Paradise Enterprises Limited, the licensed casino operator, nor its affiliate Brookfield Hospitality Properties, LLC has taken any further legal action to collect the unpaid markers, so the collection matter is not currently subject to any pending litigation.  The only pending litigation we are aware of involving Mr. Leavitt against the Atlantis entities is the one I've attached.

Please let me know if you have any further questions or whether this satisfies your inquiry.  I will be out of the office this week, with limited access to e-mails, so I am copying our Chief Legal Officer, Giselle Pyfrom, and Vince Scalise, who can assist you with any immediate questions you may have.

Thank you,

Erica Dunmyer
VP, General Counsel
Brookfield Hospitality Properties, LLC

**From:** Anello, Taylor <taylor.anello@everi.com>
**Sent:** Tuesday, November 7, 2023 1:32 PM
**To:** Erica.Dunmyer <Erica.Dunmyer@AtlantisParadise.com>
**Subject:** Consumer Dispute - Abraham Leavitt
**Importance:** High

> This EMAIL originated **OUTSIDE OF THE ORGANIZATION.** Do NOT click any links or attachments unless you know the sender.

Hello, Erica –

I am following up on a voicemail that I just left you.  I am calling/writing on behalf of Central Credit LLC.  We received a notice of dispute from Abraham Leavitt regarding a line on his credit report.  I have attached a copy of the dispute in which Mr. Leavitt claims that the amount disputed is incorrect and currently subject to litigation.  In order to comply with our FCRA obligations, as well as your FCRA obligations in accordance with FCRA § 623(b), please complete an investigation into this dispute and report back to us no later than November 14, 2023 with the findings of your investigation so that we may ensure accurate reporting.  Please feel free to contact me if you have any questions. Appreciate your time and attention to this matter.



Thanks,
Taylor



**Taylor Anello** | VP & Corporate Legal Counsel

7250 South Tenaya Way, Suite 100 | Las Vegas, NV 89113

Taylor.anello@everi.com
(702) 676-9599 (w) | (702)845-4152 (m)
844.EVERI24 – customer support
NYSE: EVRI

A purple sign with white letters  Description automatically generated

CONFIDENTIALITY NOTICE: This email (including any attachments) may contain confidential or privileged information and is intended solely for the addressee(s). If received in error, please notify the sender and permanently delete this email. Nothing in this email is intended to be construed as an offer of contract. Everi is not responsible for damages from use or reliance on this message, including without limitation opinions expressed by author or that this message is

error and virus-free.

**CONFIDENTIAL**