The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                  Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT LLC,<br><br>                  Defendant. | NO. 2:23-cv-01817-RAJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT AND PERMIT LIMITED DISCOVERY |

**STIPULATION**

The Parties in the above-captioned case hereby stipulate and make two requests.

*First*, the Parties hereby stipulate and request that this Honorable Court extend the time within which Defendant may respond to Plaintiff's amended complaint by 60 days to Monday, January 12, 2026, for reasons associated with the second request.

*Second*, the Parties further stipulate and request that the Court allow the parties to conduct limited discovery in the form of issuing document subpoenas to Charles Schwab (Plaintiff's banking institution), as well as the Atlantis and Baha Mar casinos referenced in the amended complaint (or their parent companies). Good cause exists for both the extension and for leave to take limited discovery. The additional time will allow the Parties to further investigate matters relating to the dispute and it is the Parties' hope that the documents provided may have the effect or narrowing or resolving their dispute.

The extension timeframe is anticipated to be sufficient time to permit the Parties to issue the subpoenas, obtain subpoena responses, review the responses, confer, possibly narrow the scope of the dispute, and then sufficient time for Defendant to brief as needed.

STIPULATED TO this 12th day of November, 2025.

| GLASER WEIL FINK HOWARD JORDAN & SHAPIRO, LLP | DIGITAL JUSTICE FOUNDATION |
|---|---|
| By: *s/Alex Miller*<br>   Alexander Miller, admitted *pro hac vice*<br>*Attorneys for Defendant Central Credit, LLC*<br>GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP<br>600 W. Broadway, Suite 2850<br>San Diego, CA 92101<br>Phone: (619) 762-5952<br>Email: amiller@glaserweil.com | By: *s/Andrew Grimm*<br>   Andrew Grimm, WSBA #51486<br>*Attorney for Plaintiff*<br>DIGITAL JUSTICE FOUNDATION<br>15287 Pepperwood Drive<br>Omaha, NB 68154<br>Phone: (531) 210-2381<br>Email: Andrew@DigitalJusticeFoundation.org |

**[PROPOSED] ORDER OF EXTENSION**

THIS MATTER having come before the Court by way of the Parties' Stipulation and [Proposed] Order to Extend Time to Respond to the Amended Complaint and Permit Limited Discovery, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Defendant to file its response to Plaintiff's amended complaint is extended to January 12, 2026. The parties are further granted leave to conduct limited discovery in the form of document subpoenas to Charles Schwab (Plaintiff's banking institution), as well as the Atlantis and Baha Mar casinos referenced in the amended complaint (or their parent companies).

DATED this _____ day of _____, 2025.

HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE