The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>                Plaintiff,<br><br>    v.<br><br>CENTRAL CREDIT LLC,<br><br>                Defendant. | NO. 2:23-cv-01817-RAJ<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT<br><br>NOTING DATE: January 9, 2026 (same day) |

Defendant Central Credit LLC ("Central Credit") hereby requests that this Honorable Court extend the time within which Defendant may respond to Plaintiff's amended complaint by 60 days to Friday, March 13, 2026. Good cause exists for the extension as it will allow the Parties to complete the early discovery authorized by the Court, continue conferring about narrowing or eliminating the issues in dispute, and provide Defendant sufficient time to respond to the amended complaint. Specifically, Defendant has served two of the subpoenas authorized by the Court, and is in the process of serving the final subpoena after the nonparty did not agree to accept service. Following the delay caused by the holidays, as well as a substantial delay in hearing back from Plaintiff's counsel regarding the subpoenas that resulted in Defendant delaying service several times as a result of its efforts to attempt to work cooperatively with Plaintiff's counsel, Defendant now anticipates receiving documents from the two subpoenaed parties in the next thirty days, and is working to secure documents from the remaining nonparty as soon as possible. Defendant's counsel has met and conferred with Plaintiff's counsel, and Plaintiff does not oppose this request.

| | |
|---|---|
| 1  Dated:  January 9, 2026 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| 2 | |
| 3 | By: /s/ *Alex Miller* |
|   | Elizabeth Sperling (*Pro Hac Vice*) |
| 4 | Alexander Miller (*Pro Hac Vice*) |
|   | 600 West Broadway, Suite 2850 |
| 5 | San Diego, CA  92101 |
|   | Phone:  (619) 765-4380 |
| 6 | Email:  esperling@glaserweil.com |
|   |            amiller@glaserweil.com |
| 7 | *Attorneys for Defendant Central Credit, LLC* |

3142435

**CERTIFICATION OF WORD COUNT PER LCR 7(e)(6)**

I certify that this motion contains 194 words, in compliance with the Local Civil Rules.

Dated: January 9, 2026

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: /s/ *Alex Miller*
Elizabeth Sperling (*Pro Hac Vice*)
Alexander Miller (*Pro Hac Vice*)
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Phone: (619) 765-4380
Email: esperling@glaserweil.com
amiller@glaserweil.com

*Attorneys for Defendant Central Credit, LLC*

**[PROPOSED] ORDER OF EXTENSION**

THIS MATTER having come before the Court by way of the Defendant Central Credit LLC's Unopposed Motion and [Proposed] Order to Extend Time to Respond to the Amended Complaint and, the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Defendant to file its response to Plaintiff's amended complaint is extended to March 13, 2026.

DATED this _____ day of _____, 2026.

_____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

3142435