# EXHIBIT A

| From: | Andrew Grimm |
|---|---|
| To: | Alexander Miller |
| Cc: | James Banker; Elizabeth Sperling |
| Subject: | Re: Leavitt v. Central Credit |
| Date: | Monday, May 11, 2026 4:26:46 PM |
| Attachments: | image003.png |
| | image004.png |
| | image005.png |
| | shield-advisory.png |
| | chevron-light.png |
| | shield-advisory.png |
| | chevron-light.png |

 External email >

 Contains topics of a financial nature >

Alex,

Before you file, we must confer very briefly. I'll dial your office line in the next 5 minutes.

Best,

Andrew

On Mon, May 11, 2026 at 7:24 PM Alexander Miller <amiller@glaserweil.com> wrote:

Andrew,

Your proposed edits are argumentative and not appropriate for a stipulation. Moreover, we dispute your inappropriate mischaracterizations of the record, including regarding our conversation this morning. During our call I stated that Central Credit cannot agree to extend the 21-day safe harbor period in Rule 11 under these circumstances. Among other things, we notified you of these issues last year and emailed you about them repeatedly for three weeks without any substantive response in return before serving our motion. I also stated that I was unaware of authority to extend the safe harbor deadline. Looking at the rule after our call, subsection (c)(2) does appear to authorize the court to extend the safe harbor period. We do not think an extension is warranted under these circumstances for the reasons set forth above. However, if there is a specific extension request you have in mind that would obviate the need for unnecessary motion practice, please let us know and we will consider it.

In the meantime, as the parties cannot agree on an appropriate stipulation, but Plaintiff agrees that the Rule 11 motion should be decided before any further motion to dismiss, we will proceed with an unopposed motion to extend our deadline to respond to the complaint until 30 days after the forthcoming Rule 11 motion is decided.

Best,

Alex

 **Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP      amiller@glaserweil.com
600 West Broadway, Suite 2850                      T 619.762.5952
San Diego, CA 92101                                in    X
glaserweil.com | bio

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Sent:** Monday, May 11, 2026 3:51 PM
**To:** Alexander Miller <amiller@glaserweil.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** Re: Leavitt v. Central Credit

Alex,

Plaintiff's statement is included in redline.

-Andrew

On Mon, May 11, 2026 at 6:25 PM Andrew Grimm <andrew.b.grimm@gmail.com> wrote:

> Alex,
>
> I am working on the red-line now.
>
> -Andrew
>
> On Mon, May 11, 2026 at 6:21 PM Alexander Miller <amiller@glaserweil.com> wrote:
>
>> Andrew,
>>
>> We still have not received your edits to the stipulation, if any. We need to file our request for an extension this afternoon. You stated during our call this morning that you were not going to oppose a request for an extension of time to respond to the complaint, so we will file this as an unopposed motion instead of a stipulation.
>>
>> Best,
>> Alex
>>
>> **Alexander Miller**



**ASSOCIATE**

Glaser Weil Fink Howard Jordan & Shapiro LLP  
600 West Broadway, Suite 2850  
San Diego, CA 92101  
glaserweil.com | bio

amiller@glaserweil.com  
**T** 619.762.5952  
in   X

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller  
**Sent:** Monday, May 11, 2026 9:26 AM  
**To:** 'Andrew Grimm' <andrew.b.grimm@gmail.com>  
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>  
**Subject:** RE: Leavitt v. Central Credit

Yes, I am generally available before 12 p.m. at my office line.

Best,

Alex



# Alexander Miller
**ASSOCIATE**

Glaser Weil Fink Howard Jordan & Shapiro LLP  
600 West Broadway, Suite 2850  
San Diego, CA 92101  
glaserweil.com | bio

amiller@glaserweil.com  
**T** 619.762.5952  
in   X

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Andrew Grimm <andrew.b.grimm@gmail.com>  
**Sent:** Monday, May 11, 2026 9:19 AM  
**To:** Alexander Miller <amiller@glaserweil.com>  
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>  
**Subject:** Re: Leavitt v. Central Credit

Alex,

I was able to get in touch with my client.  Do you have a few minutes to confer over the phone?

-Andrew

On Sun, May 10, 2026 at 10:52 PM Alexander Miller <amiller@glaserweil.com> wrote:

Andrew,

We have not heard back. Please provide your edits, if any.  We are filing tomorrow.

Thanks,

Alex

**Glaser Weil**

**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP        amiller@glaserweil.com
600 West Broadway, Suite 2850                        T 619.762.5952
San Diego, CA 92101                                  in        X
glaserweil.com | bio

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On May 8, 2026, at 3:09 PM, Andrew Grimm <andrew.b.grimm@gmail.com> wrote:

Alex,

I will respond with redlines to your stipulation later tonight.

I cannot do so now.

- Andrew

On Fri, May 8, 2026 at 4:44 PM Alexander Miller <amiller@glaserweil.com> wrote:

Hi Andrew,

We intend to file this afternoon. Please let us know if you will agree to the stipulation I circulated or, if not, whether Plaintiff will not oppose a motion to extend our time to respond to the complaint until 30 days after the Rule 11 motion is resolved.

Thanks,

Alex

<image003.png> | **Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP          amiller@glaserweil.com
600 West Broadway, Suite 2850                         T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio                                 <image004.png>

                                                     <image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Thursday, May 7, 2026 4:40 PM
**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Andrew,

I am sorry to hear that. Attached is a draft stipulation. Please let us know if you have any edits.

Best,

Alex

<image003.png>   **Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP    amiller@glaserweil.com
600 West Broadway, Suite 2850    T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio    <image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Sent:** Thursday, May 7, 2026 4:19 PM
**To:** Alexander Miller <amiller@glaserweil.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** Re: Leavitt v. Central Credit

Alex,

Please send me the proposed joint stipulation of extension for review.

I have been dealing with my mother's cancer and lung difficulties, which has affected my response timelines.

I have also not been able to be in touch with my client despite multiple attempts.

I will try again.

-Andrew

On Thu, May 7, 2026 at 7:07 PM Alexander Miller <amiller@glaserweil.com> wrote:

Counsel,

We assume from your prior correspondence that Plaintiff does not oppose an extension. Please confirm.

Best,

Alex

<image003.png> | **Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP        amiller@glaserweil.com
600 West Broadway, Suite 2850                              **T** 619.762.5952
San Diego, CA 92101
glaserweil.com | bio                                            <image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Wednesday, May 6, 2026 2:19 PM
**To:** 'Andrew Grimm' <andrew.b.grimm@gmail.com>; 'James Banker' <jimbanker@gmail.com>
**Cc:** Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Counsel,

As you know, Central Credit's current deadline to respond to the complaint is May 12. We served our Rule 11 motion on May 1 and are waiting for the 21-day safe-harbor period to expire before filing it with the Court.

Because that motion seeks dismissal of the complaint, we intend to ask the Court for an extension of Central Credit's response deadline until 30 days after the Court resolves the Rule 11 motion. Please let us know whether Plaintiff will oppose that request.

Best,

Alex

&lt;image003.png&gt; | **Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP    amiller@glaserweil.com
600 West Broadway, Suite 2850                    T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio                             &lt;image004.png&gt;

&lt;image005.png&gt;

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Friday, May 1, 2026 11:59 PM
**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Andrew,

Please find Central Credit's Rule 11 motion for sanctions and Miller declaration in support thereof attached for service. The exhibits and other declarations may be accessed here:
https://glaserweil.sharefile.com██████████████████████

Best,

Alex

&lt;image003.png&gt; | **Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP    amiller@glaserweil.com
600 West Broadway, Suite 2850                    T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio                             &lt;image004.png&gt;

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Friday, April 10, 2026 12:42 PM
**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Andrew,

Subject to your agreement that we are authorized to send you documents containing Mr. Leavitt's confidential, unredacted financial information, attached is a declaration we received today from Baha Mar's Chief Financial Officer. As you will see, he confirms that Mr. Leavitt owes the debts at issue, authenticates the relevant documents confirming Mr. Leavitt's debt, and confirms that Baha Mar has initiated legal action against Mr. Leavitt to recover the outstanding sums, along with interest and attorneys' fees.

Again, the evidence that Mr. Leavitt owes the debts at issue here, and that Central Credit's reporting of those debts was completely accurate, is unrefuted. We have repeatedly made you ware of the falsity of your client's allegations during the course of the litigation. We again demand that you and your client withdraw these baseless claims. If the lawsuit is not dismissed by close of business on Monday, we will be forced to move forward with our Rule 11 motion seeking sanctions both against you and Mr. Leavitt. Separately, we will also seek our attorneys' fees incurred in connection with this matter under 15 U.S.C. § 1681n and 15 U.S.C. § 1681o. We reserve all rights to seek additional or other relief as appropriate.

Best,

Alex

<image003.png>

**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP          amiller@glaserweil.com
600 West Broadway, Suite 2850                         **T** 619.762.5952
San Diego, CA 92101
glaserweil.com | bio                                 <image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Friday, April 3, 2026 3:30 PM
**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Andrew,

Please let us know by end of day on Monday whether Mr. Leavitt will withdraw his baseless claims. Otherwise, we will proceed with our motion.

Best,

Alex

<image003.png>

**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP        amiller@glaserweil.com
600 West Broadway, Suite 2850                       **T** 619.762.5952
San Diego, CA 92101
glaserweil.com | bio                                <image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Wednesday, April 1, 2026 4:53 PM

**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Andrew,

Please let us know by tomorrow when we can expect your response. Given the Rule 11 safe-harbor period and the May 12 response deadline, we need to know promptly whether Plaintiff will agree to dismiss his claims.

Best,
Alex

<image003.png>

**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
glaserweil.com | bio

amiller@glaserweil.com
T 619.762.5952

<image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Sent:** Wednesday, April 1, 2026 3:27 PM
**To:** Alexander Miller <amiller@glaserweil.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** Re: Leavitt v. Central Credit

Alex,

I will simply need more time to review the documents you have sent and confer with my client, so I will not be able to get you an answer today. If you need an extension for some reason, let me know and I'm happy to review a joint stipulation for a further extension, but this pressure seems rather artificial, especially given that I have given you numerous extensions equating to months of time.

Best,

Andrew

On Wed, Apr 1, 2026 at 6:23 PM Alexander Miller <amiller@glaserweil.com> wrote:

Andrew,

Please let us know your and your client's position today regarding dismissal of Mr. Leavitt's claims with prejudice. Failing that, we will proceed with our Rule 11 motion and reserve all rights.

Best,
Alex

<image003.png>

**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP    amiller@glaserweil.com
600 West Broadway, Suite 2850    T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio    <image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Alexander Miller
**Sent:** Wednesday, March 25, 2026 3:18 PM
**To:** Andrew Grimm <andrew.b.grimm@gmail.com>
**Cc:** James Banker <jimbanker@gmail.com>; Elizabeth Sperling <esperling@glaserweil.com>
**Subject:** RE: Leavitt v. Central Credit

Please use the following link to download Central Credit's production number two:

https://glaserweil.sharefile.com. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

The link contains documents Bates numbered CENTRAL CREDIT_00124-00211 and will expire in 30 days. These are all the documents produced in response to Central Credit's subpoenas. Note that any redactions are part of the original documents as we received them. Although the parties have not entered into a protective order yet, we have nevertheless designated these documents as "CONFIDENTIAL."

Best,

Alex

<image003.png>

**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP    amiller@glaserweil.com
600 West Broadway, Suite 2850    T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio    <image004.png>

<image005.png>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.