THE HONORABLE RICHARD A. JONES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>   *Plaintiff*,<br><br>  vs.<br><br>CENTRAL CREDIT LLC,<br><br>   *Defendant*. | Case No. 2:23-cv-01817-RAJ<br><br>**Motion  For 14 Day Extension of Time for Rule 11(c)(2) Safe Harbor** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and pursuant to Civil Local Rule 7(j), Plaintiff Abraham Leavitt ("Plaintiff") hereby moves, for a 14-day / two-week extension of the safe harbor under Rule 11(c)(2), up to and including **June 4, 2026**.

***First***, Plaintiff's counsel understood this motion to be unopposed insofar as each side was going to assent to reasonable extensions on the timelines in this matter, but did not hear back from Defendant's counsel when email confirmation was requested today.

***Second***, a central reason for this motion is that Plaintiff's counsel has a very ill immediate family member who is sick with cancer, lung difficulties, and mobility difficulties.  This personal matter, along with other pressures of practice, the profession, simply requires more time in order to address the present posture.

***Third***, opposing counsel has served a Rule 11 motion.  Upon the undersigned's review, the Rule 11 motion makes assertions that, in the view of the undersigned, are not well-grounded in law and are, at best, arise on open questions of law and at worst are unsupported by any legal authority

1

whatsoever.  The undersigned has emailed opposing counsel days ago requesting the legal basis for these assertions, but has not heard back.  Moreover, Plaintiff's counsel has requested disclosure of the communications that Defendant's counsel had regarding the provision of documents from the subpoenaed parties (*i.e.*, the casinos in the Bahamas), but Defendant's counsel has refused to provide these communications, without explaining why.  Plaintiff's counsel concern is that there is a selective production of subpoenaed documents and that Defendant's counsel was guiding a presentation of selective documents for litigation advantage in what was supposed to be a process designed to help narrow the disputes.

This timeline permits Plaintiff's counsel to review the forthcoming motion to dismiss, in addition to the Rule 11 motion, to see if there are identified bases in law to substantiate those positions.  In addition, it provide Defendant's counsel an opportunity to be transparent regarding the communication with the subpoenaed parties.  If Defendant's counsel cannot substantiate its legal positions in the undersigned's view cannot be substantiated in either an email correspondence to counsel or in the Rule 12 motion, then the undersigned is going to instruct the other side not to file the Rule 11 motion as a Rule 11 motion must be well-grounded in law and fact and this one simply is not as far as the undersigned can tell.  The Rule 12 motion briefing will give clarity on that as well and hopefully permit the narrowing of the dispute.

Date: May 21, 2026                                  Respectfully submitted,

                                                    **DIGITAL JUSTICE FOUNDATION**
                                                    A NONPROFIT, PUBLIC-INTEREST LAW FIRM

                                                    By */s/ Andrew Grimm*
                                                        Andrew Grimm (WSBA No. 51486)
                                                        DIGITAL JUSTICE FOUNDATION
                                                        15287 Pepperwood Drive
                                                        Omaha, Nebraska 68154
                                                        (531) 210-2381
                                                        Andrew@DigitalJusticeFoundation.org

                                                    *Attorney for Plaintiff*

2

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing contains **548** words.


Dated: May 21, 2026                    Respectfully submitted,

                                        /s/ Andrew Grimm
                                        Andrew Grimm


**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing via CM/ECF.


Dated: May 21, 2026                    Respectfully submitted,

                                        /s/ Andrew Grimm
                                        Andrew Grimm

3