HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM LEAVITT,

Plaintiff,

v.

CENTRAL CREDIT LLC,

Defendant.

CASE NO. 2:23-cv-01817-RAJ

ORDER

THIS MATTER comes before the Court by way of Defendant Central Credit LLC's Motion to Extend Time to Respond to the Amended Complaint, Dkt. # 63. The motion is unopposed, and the Court finds good cause to grant the requested extension.

The Court is also in receipt of Plaintiff Abraham Leavitt's Motion for 14 Day Extension of Time for Rule 11(c)(2) Safe Harbor, Dkt. # 65. The motion states: "Plaintiff's counsel understood this motion to be unopposed insofar as each side was going to assent to reasonable extensions on the timelines in this matter, but did not hear back from Defendant's counsel when email confirmation was requested today." *Id.* at 1. Based on the representation, the Court construes the motion as an opposed motion for relief from a deadline, which "shall be noted for consideration no earlier than 14 days after filing"

ORDER – 1

pursuant to LCR 7(d)(2).  The Court will take no action on the motion until the noting date. Counsel is again reminded of the requirements of LCR 7(j) to file motions for relief from a deadline with sufficient time in advance of the deadline.  *See* Dkt. # 48.

For the forgoing reasons, Defendant Central Credit LLC's Motion to Extend Time to Respond to the Amended Complaint, Dkt. # 63, is **GRANTED** and the time for Defendant to file its response to Plaintiff's Amended Complaint is extended until May 29, 2026.

The clerk is directed to note Plaintiff's Motion for 14 Day Extension of Time for Rule 11(c)(2) Safe Harbor, Dkt. # 65, for consideration on June 4, 2026.

Dated this 22nd day of May, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2